**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**RANDY FEE**                                                                                   **PLAINTIFF**

**v.**                                         **No. 4:04CV6-D-A**

**CHRISTOPHER EPPS, ET AL.**                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant motion by the defendant for summary judgment is hereby **GRANTED**, and the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 18th day of May, 2005.

                                                         /s/ Glen H. Davidson
                                                        CHIEF JUDGE